ACCEPTED
15-25-00031-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
4/3/2025 1:31 PM
CHRISTOPHER A. PRINE
CLERK

**NO. 15-25-00031-CV**

IN THE FIFTEENTH DISTRICT COURT OF APPEALS FOR THE STATE OF TEXAS AT
AUSTIN, TEXAS

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
4/3/2025 1:31:40 PM
CHRISTOPHER A. PRINE
Clerk

---

**Nonparty Patient No. 1, Nonparty Patient No. 2, Nonparty Patient No. 3,
Nonparty Patient No. 4, Nonparty Patient No. 5, Nonparty Patient No. 6,
Nonparty Patient No. 7, Nonparty Patient No. 8, Nonparty Patient No. 9,
Nonparty Patient No. 10, and Nonparty Patient No. 11,**
*Relators*

---

On Petition for Writ of Mandamus
From the 493rd District Court at Collin County, Texas,
Cause No. 493-07676-2024
The Honorable Judge Christine A. Nowak, Presiding

---

## NONPARTY PATIENTS' REPLY IN SUPPORT OF THEIR SECOND EMERGENCY MOTION TO STAY PENDING PETITION FOR WRIT OF MANDAMUS

---

Jervonne D. Newsome (Lead Counsel)
Texas Bar No. 24094869
jnewsome@winston.com
Thanh D. Nguyen
Texas Bar No. 24126931
tdnguyen@winston.com
Jonathan Hung
Texas Bar No. 24143033
johung@winston.com
**WINSTON & STRAWN LLP**
2121 N. Pearl St., 9th Floor
Dallas, TX 75201
Telephone: (214) 453-6500

William M. Logan
Texas Bar No. 24106214
wlogan@winston.com
Evan D. Lewis
Texas Bar No. 24116670
edlewis@winston.com
Olivia A. Wogon
Texas Bar No. 24137299
owogon@winston.com
**WINSTON & STRAWN LLP**
800 Capitol Street, Suite 2400
Houston, TX 77002
Telephone: (713) 651-2600

**REPLY**

Relators' Second Emergency Motion simply seeks to maintain the status quo so that the merits (whether the Collin County court has the authority to usurp the Dallas County court's jurisdiction) can be adjudicated later. In its Response, the State attempts to upend this order of operations and litigate the merits of Relators Petition. They argue that the Collin County court should be able to subdivide the subpoenas and determine which portions the Dallas County court should be allowed to adjudicate.

For instance, the State argues at length that production should go forward for the unrepresented patients because this narrower subset of documents may not have co-mingled documents. That misses the point. The broader subpoenas potentially implicate co-mingled documents, and deciding how those records should be handled in a protective order is the provenance of the Dallas County court. The State cites no compelling authority, because there is none, to suggest that the Collin County court may order even narrow subsets of productions before the Dallas County court has ruled on Relator's motions for protection. As set forth in their Petition, and with regards to both UTSW and Children's, Relators believe such an approach is inappropriate.

Thus, Relators reiterate the following: Relators' Second Emergency Motion to Stay Proceedings simply deals with maintaining the status quo while their Petition

1

is pending. This is relief that this Court has already granted and has been ignored by the State and by UTSW. Therefore, Relators respectfully ask this Court to grant the relief requested in Relators latest Motion for Stay so that the status quo is maintained while this Court reviews the merits of Relators' Petition.

April 3, 2025

Respectfully Submitted,

/s/ Evan D. Lewis

Jervonne D. Newsome (Lead Counsel)
Texas Bar No. 24094869
jnewsome@winston.com
Thanh D. Nguyen
Texas Bar No. 24126931
tdnguyen@winston.com
Jonathan Hung
Texas Bar No. 24143033
johung@winston.com
**WINSTON & STRAWN LLP**
2121 N. Pearl St., 9th Floor
Dallas, TX 75201
Telephone: (214) 453-6500


William M. Logan
Texas Bar No. 24106214
wlogan@winston.com
Evan D. Lewis
Texas Bar No. 24116670
edlewis@winston.com
Olivia A. Wogon
Texas Bar No. 24137299
owogon@winston.com
**WINSTON & STRAWN LLP**
800 Capitol Street, Suite 2400
Houston, TX 77002
Telephone: (713) 651-2600

2

**ATTORNEYS FOR RELATORS**

**CERTIFICATE OF SERVICE**

I certify that on April 3, 2025, the foregoing was served upon all interested parties pursuant to TRAP 9.5.

*/s/ Evan D. Lewis*

Evan D. Lewis

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Sarah Shelby on behalf of Evan Lewis
Bar No. 24116670
SShelby@winston.com
Envelope ID: 99245220
Filing Code Description: Other Document
Filing Description: Nonparty Patients' Reply in Support of Their Second Emergency Motion to Stay Pending Petition for Writ of Mandamus
Status as of 4/3/2025 1:51 PM CST

Associated Case Party: NonParty Patient No. 1

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Jervonne Newsome | | JNewsome@winston.com | 4/3/2025 1:31:40 PM | SENT |
| Thanh Nguyen | | TDNguyen@winston.com | 4/3/2025 1:31:40 PM | SENT |
| Evan Lewis | | edlewis@winston.com | 4/3/2025 1:31:40 PM | SENT |
| William Logan | | WLogan@winston.com | 4/3/2025 1:31:40 PM | SENT |
| Olivia Wogon | | owogon@winston.com | 4/3/2025 1:31:40 PM | SENT |

Associated Case Party: State of Texas

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| David G. Shatto | | david.shatto@oag.texas.gov | 4/3/2025 1:31:40 PM | SENT |
| Rob Farquharson | | rob.farquharson@oag.texas.gov | 4/3/2025 1:31:40 PM | SENT |
| Abby Smith | | abby.smith@oag.texas.gov | 4/3/2025 1:31:40 PM | SENT |
| Johnathan Stone | | johnathan.stone@oag.texas.gov | 4/3/2025 1:31:40 PM | SENT |
| Ian Bergstrom | | Ian.Bergstrom@oag.texas.gov | 4/3/2025 1:31:40 PM | SENT |
| Amy Pletscher | | amy.pletscher@oag.texas.gov | 4/3/2025 1:31:40 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Pauline Sisson | | pauline.sisson@oag.texas.gov | 4/3/2025 1:31:40 PM | SENT |
| Emily Samuels | | emily.samuels@oag.texas.gov | 4/3/2025 1:31:40 PM | SENT |
| Houston Docketing | | ecf_houston@winston.com | 4/3/2025 1:31:40 PM | SENT |
| Melinda Pate | | melinda.pate@oag.texas.gov | 4/3/2025 1:31:40 PM | SENT |

**Automated Certificate of eService**
This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Sarah Shelby on behalf of Evan Lewis
Bar No. 24116670
SShelby@winston.com
Envelope ID: 99245220
Filing Code Description: Other Document
Filing Description: Nonparty Patients' Reply in Support of Their Second Emergency Motion to Stay Pending Petition for Writ of Mandamus
Status as of 4/3/2025 1:51 PM CST

Case Contacts

| Melinda Pate | | melinda.pate@oag.texas.gov | 4/3/2025 1:31:40 PM | SENT |
|---|---|---|---|---|
| Jamie Vargo | | JVargo@winston.com | 4/3/2025 1:31:40 PM | SENT |